**Order entered October 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01180-CV

## IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER

Before the Court is appellant's September 30, 2015 "Request Permission to Enter Notice of Scrivener's Errors" which we construe as a motion to file an amended brief. We **GRANT** appellant's motion to the extent that appellant may file, by **NOVEMBER 9, 2015**, an amended brief to correct the citations to the record. If appellant fails to file an amended brief by November 9, 2015, the appeal will be submitted on appellant's current brief.

/s/    ELIZABETH LANG-MIERS
        JUSTICE